NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

DANIEL TRISTE, *Petitioner*.

No. 1 CA-CR 25-0231 PRPC
FILED 03-02-2026

Petition for Review from the Superior Court in Maricopa County
No.  CR 2002-098294
The Honorable John R. Hannah, Judge, *Retired*

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Daniel Triste, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

---

Presiding Judge Michael J. Brown, Judge Veronika Fabian, and Vice Chief Judge David D. Weinzweig delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**       Petitioner Daniel Triste seeks review of the superior court's order denying his petition for post-conviction relief.  This is Triste's latest successive petition.

**¶2**       Absent an abuse of discretion or error of law, we will not disturb a superior court's ruling on a petition for post-conviction relief.  *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is Triste's burden to show the superior court abused its discretion by denying his petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**       We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  Triste has not established an abuse of discretion.

**¶4**       We therefore grant review and deny relief.



**MATTHEW J. MARTIN** • Clerk of the Court
**FILED**:          JR